McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
JACQUELINE A. FORSLUND
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8943
    Facsimile:  (415) 744-0134
    E-Mail: Jacqueline.A.Forslund@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| MARILYN HOLLAND, )<br>  )<br>    Plaintiff, )<br>  )<br>    v. )<br>  )<br>MICHAEL J. ASTRUE, )<br>Commissioner of )<br>Social Security, )<br>  )<br>    Defendant. )<br>_____) | CIVIL NO. 2:06-CV-02579-KJM<br><br>STIPULATION AND ORDER OF VOLUNTARY REMAND AND DISMISSAL OF CASE, WITH DIRECTIONS TO CLERK TO ENTER JUDGMENT |

      IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court as provided below, that the Commissioner has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.

      Upon remand, the Office of Disability Adjudication and Review will remand this case to an Administrative Law Judge ("ALJ") and direct him or her to develop the record as to Plaintiff's mental impairment. In so doing, the ALJ will request a medical source statement from Henry Ton, M.D., properly evaluate the opinions of Dr. Ton and Timothy Canty, M.D., obtain testimony from a psychiatric medical expert, and reconsider the severity of Plaintiff's mental impairments and any resulting limitations. The ALJ also will properly evaluate the lay statements of Michael Von Niessen, reconsider Plaintiff's residual functional capacity, and obtain supplemental vocational expert testimony.

It is further stipulated that the administrative decision is hereby vacated and that the Clerk of this Court shall be directed to enter a separate judgment herein, as provided for under Rules 58 and 79(a) of the Federal Rules of Civil Procedure, pursuant to <u>Shalala v. Schaefer</u>, 509 U.S. 292, 113 S. Ct. 2625 (1993).

Respectfully submitted,

Dated: July 16, 2007

/s/   *Julie Aguilar Rogado*
(As authorized via facsimile and email)
JULIE AGUILAR ROGADO
Legal Services of Northern California

Attorney for Plaintiff

Dated: July 16, 2007

McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

/s/ *Jacqueline A. Forslund*
JACQUELINE A. FORSLUND
Special Assistant U.S. Attorney

Attorneys for Defendant

<u>ORDER</u>

APPROVED AND SO ORDERED.

DATED: July 27, 2007.

_____
U.S. MAGISTRATE JUDGE

2 - Stip & Order of Sentence Four Remand